**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MALIK ANDERSON,                                              :   No. 89 EM 2023
                                                             :
                                    Petitioner               :
                                                             :
                                                             :
                                                             :
                            v.                               :
                                                             :
                                                             :
                                                             :
THE FIRST DISTRICT OF PENNSYLVANIA                           :
PHILADELPHIA COUNTY CENTER FOR                               :
CRIMINAL JUSTICE,                                            :
                                                             :
                                    Respondent               :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2024, the "Writ of Prohibition and Mandamus"

is DENIED.